**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **CHRISTI HARTSFIELD,** | § § § | |
| Plaintiff, | § | **CIVIL ACTION NO. 1:16-CV-453** |
| v. | § § § | |
| **FASTENAL CO.,** | § § § | |
| Defendant. | § | |

**ORDER GRANTING STIPULATION OF DISMISSAL**

Pending before the court is the Stipulation of Dismissal with Prejudice of Plaintiff Christi Hartsfield and Defendant Fastenal Company, requesting the court dismiss this matter with prejudice. Doc. No. 14. The parties' stipulation is **GRANTED**. This matter is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs. The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **1** day of **May, 2017.**

_____
Ron Clark, United States District Judge